**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Carla M. Lacombe, *et al.*<br><br>                    Plaintiffs,<br><br>          vs.<br><br>Bullhead City Hospital Corp., *et al.*<br>                    Defendants. | No. CIV 06-2037 PHX RCB<br><br>O R D E R |

    On January 23, 2007, defendant Pavan Janapati, M.D. moved to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) (doc. 14). On March 26, 2007, this court granted that motion, among others. See Doc. 20. By letter dated March 29, 2007, Dr. Janapati's counsel advised the court that although Dr. Janapati's wife, Jane Doe Janapati, also is named as a defendant in this action, counsel inadvertently did not include her in Dr. Janapati's earlier motion to dismiss. Therefore, counsel requested that the court amend the prior dismissal order *nunc pro tunc* to dismiss this action as against defendant Jane Doe Janapati.

    The court agrees that defendant Jane Doe Janapati is no longer

1  a proper party to this action.  Accordingly, the court hereby
2  DISMISSES this action as against her.
3       IT IS ORDERED.
4       DATED this 10th day of April, 2007.

_____
Robert C. Broomfield
Senior United States District Judge

10  Copies to counsel of record